# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00028-CV

**Stuart Thomas Gerstacker, Appellant**

**v.**

**Kimberly Ann Gerstacker, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
NO. D-1-FM-06-003629, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

After a number of delays in obtaining a complete record, appellant's brief was due May 18, 2011. On June 22, we sent appellant a letter stating that his brief was overdue. We asked appellant to file his brief and a motion for extension of time no later than July 5, warning that no further extensions would be granted and that his failure to file the brief would result in the dismissal of the appeal. To date, appellant has not responded to our June 22 letter. We therefore dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed for Want of Prosecution

Filed:   July 29, 2011